UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:17-MJ-343 |
| | § | |
| GARY LEE HILLER | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant's personal information has not been verified. Further, the defendant has a significant substance abuse problem and a history of mental health problems. Also, the defendant does not currently have a suitable third-party custodian or ability to make a reasonable cash deposit. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant, through counsel, may move to reopen the detention hearing if he is able to present a suitable release plan.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 10th day of April, 2017.

Jason B. Libby
United States Magistrate Judge